Kym Samuel Cushing, Esq.
Nevada Bar No. 4242
Raymond E. McKay, Esq.
Nevada Bar No. 8569
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada  89101
(702) 727-1400; FAX (702) 727-1401
kym.cushing@wilsonelser.com
raymond.mckay@wilsonelser.com
Attorneys for Defendants
MARIO RODRIGUEZ MARIN and FFE TRANSPORTATION SERVICES, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUAN R. LOPEZ-VILLANUEVA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO RODRIGUEZ MARIN; FFE TRANSPORTATION SERVICES, INC., DOES I through XX, inclusive and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>Defendants. | CASE NO.:  2:15-ccv-00156-JAD-PAL<br><br>**STIPULATION/JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINES (SECOND REQUEST)** |

Defendants MARIO RODRIGUEZ MARIN and FFE TRANSPORTATION SERVICES, INC. ("Defendants"), by and through its attorneys of record, KYM SAMUEL CUSHING, ESQ. and RAYMOND E. MCKAY, ESQ. of the law office of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, and Plaintiff JUAN R. LOPEZ-VILLANUEVA ("Plaintiff"), by and through its counsel, ANTHONY L. ASHBY, ESQ. of the LADAH LAW FIRM, hereby stipulate and agree pursuant to LF 26-4 that the discovery deadlines previously scheduled in this action be extended, as described in more detail below.  Pursuant to LR 26-4, the parties jointly submit to the Court the following:

**A.     Statement Specifying The Discovery Completed:**

- On February 25, 2015 the Early Case Conference was held.
- On February 27, 2015 the Joint Status Report was filed.
- On March 13, 2015 the Stipulated Discovery Plan and Scheduling Order was entered.

859759v.1

- All parties have served their initial disclosure of documents and witnesses and continue to serve supplemental disclosures as necessary.
- All parties have served their initial disclosure of expert witnesses.
- All parties have actively engaged in discovery, propounding and/or responding to interrogatories, requests for production of documents and tangible items, and requests for admissions.
- Plaintiff's deposition was conducted on May 27, 2015.
- Trooper Amber Poehl's deposition was conducted on August 21, 2015.
- Defendant Mario Rodriquez Marin's deposition was conducted on October 9, 2015.

**B:   Specific Description Of The Discovery That Remains To Be Completed:**

- Deposition of witness driver Nahun Rafael Rubi.
- Depositions of witness passenger Pablo Israel Aguilar.
- Deposition of vehicle owner Javier Reyes.
- Deposition of FFE Transportation Services' designated NRCP 30(b)(6) representative.
- Depositions of treating providers.
- Depositions of all parties' experts.

**C.   Reasons Why The Discovery Remaining Was Not Completed Within The Time Limits Set By The Discovery Plan:**

All parties have worked diligently with respect to propounding and completing written discovery and scheduling depositions. The parties have recently become aware that key witness Nahun Rafael Rubi is currently incarcerated and additional time is needed in order to conduct his deposition. As such, the parties stipulate and request that this Court extend the discovery deadlines for sixty (60) days for the purpose of allowing the parties to take all necessary depositions and proceed with further settlement discussions.

. . .

. . .

. . .

1   **D.    Proposed Schedule for Completing Remaining Discovery:**

2   The parties propose the following schedule for completing discovery:

|  | Current Date | Proposed Date |
|---|---|---|
| Interim Status Report: | August 28, 2015 | October 29, 2015 |
| Close of discovery: | October 28, 2015 | December 28, 2015 |
| Final date to file dispositive motions: | November 27, 2015 | January 27, 2015 |
| Pretrial Order Due: | December 28, 2015 | February 26, 2015 |

**E.    LR 26-7(b) Certification of Counsel**

On October 7, 2015, Raymond McKay, Esq., counsel for defendant, communicated with Anthony L. Ashby, Esq., counsel for plaintiff, regarding extending the discovery and pre-trial deadlines. The parties agreed to extend the current discovery and pre-trial deadlines by approximately 60 days.

Dated this 15th day of October, 2015.                    Dated this 15th day of October, 2015.

**WILSON, ELSER, MOSKOWITZ,**                         **LADAH LAW FIRM, PLLC**
**EDELMAN & DICKER LLP**

*/s/ Raymond McKay*                                               */s/ Anthony Ashby*
Kym Samuel Cushing, Esq.                                      Ramzy Paul Ladah, Esq.
Nevada Bar No. 4242                                                Nevada Bar No. 11405
Raymond E. McKay, Esq.                                         Anthony L. Ashby, Esq.
Nevada Bar No. 8569                                                Nevada Bar No. 4911
300 South 4th Street, 11th Floor                                517 South Third Street
Las Vegas, NV 89101                                                Las Vegas, NV 89101
Attorneys for Defendants                                          Attorneys for Plaintiff
MARIO RODRIGUEZ MARIN and                             JUAN R. LOPEZ-VILLANUEVA
FFE TRANSPORTATION SERVICES, INC.

. . .

. . .

859759v.1

## ORDER

Upon stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the discovery deadlines are extended as follows:

| | |
|---|---|
| Interim Status Report: | October 29, 2015 |
| Close of discovery: | December 28, 2015 |
| Final date to file dispositive motions: | January 27, ~~2015~~ 2016 |
| Pretrial Order Due | February 26, ~~2015~~ 2016 |

**IT IS SO ORDERED.**

DATED this 27th day of October, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted:

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ Raymond McKay*
Kym Samuel Cushing, Esq.
Nevada Bar No. 4242
Raymond E. McKay, Esq.
Nevada Bar No. 8569
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
Attorneys for Defendants
MARIO RODRIGUEZ MARIN and FFE TRANSPORTATION SERVICES, INC.