1

2

3

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

4

5

6

7

8

9

| Juan R Lopez-Villanueva, | 2:15-cv-00156-JAD-PAL |
|---|---|
| Plaintiff | **Order Adopting Report and Recommendation, Dismissing Case, and Denying as Moot Motion for Summary Judgment** |
| v. | |
| Mario Rodriguez Marin, et al, | [ECF 20, 33] |
| Defendants | |

10    Juan R Lopez-Villanueva sues defendants for injuries he suffered in a car accident.[1]

11  Magistrate Judge Leen recommends that I dismiss Lopez-Villanueva's complaint for failure to

12  comply with court orders.[2]  Objections to Judge Leen's report and recommendation were due by

13  March 1, 2016.  No party has filed objections or requested an extension to do so, and Lopez-

14  Villanueva's mail was returned as undeliverable.[3]

15    "[N]o review is required of a magistrate judge's report and recommendation unless

16  objections are filed."  *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also*

17  *Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th

18  Cir. 2003).

19    Accordingly, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Magistrate

20  Judge Leen's Report and Recommendation **[ECF 33]** is **ADOPTED; Lopez-Villanueva's**

21  **complaint is DISMISSED.**

22    IT IS FURTHER ORDERED that defendant FFE Transportation Service's Motion for

23  Summary Judgment **[ECF 20] is DENIED as moot.**

24

25

26  [1] ECF 1.

27  [2] ECF 3.

28  [3] ECF 34.

The Clerk of Court is instructed to **CLOSE THIS CASE**.

Dated this 4th day of April 2016

_____
Jennifer A. Dorsey
United States District Judge